# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moody, Jr., James S. | U.S. District Court Middle District FL | 08/19/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge (Senior Status) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

U.S. District Court
801 N. Florida Ave. #13A
Tampa, FL 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ▨ Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 08/19/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Humana/Compbenefits, Inc. - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch (290) | Margin Loan | N |
| 2. | Moody Investments | Loan | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SUNTRUST CASH ACCOUNTS | | | | | | | | | |
| 2. -- Individual Checking | A | Int./Div. | J | T | | | | | |
| 3. -- McIntosh Road | A | Int./Div. | J | T | | | | | |
| 4. -- Checking | A | Int./Div. | J | T | | | | | |
| 5. -- Savings | A | Int./Div. | J | T | | | | | |
| 6. -- Individual | A | Int./Div. | J | T | | | | | |
| 7. MERRILL LYNCH CASH ACCOUNTS | | | | | | | | | |
| 8. -- Individual #1 | A | Int./Div. | M | T | | | | | |
| 9. -- Individual #2 | A | Int./Div. | J | T | | | | | |
| 10. -- Individual #3 | A | Int./Div. | J | T | | | | | |
| 11. -- Joint w/ Children ( | A | Int./Div. | J | T | | | | | |
| 12. -- Joint ) | A | Int./Div. | K | T | | | | | |
| 13. -- Partnership | A | Int./Div. | M | T | | | | | |
| 14. -- Partnership | A | Int./Div. | M | T | | | | | |
| 15. -- Trust #1 Inc. Bene | A | Int./Div. | | | Distributed | 12/31/15 | L | | |
| 16. -- Trust #1 Inc. Bene | A | Int./Div. | | | Distributed | 12/31/15 | P1 | | |
| 17. Moody Investments LP | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --AET | A | Dividend | O | T | Buy | 07/17/15 | M | | |
| 19. | | | | | Buy (add'l) | 10/22/15 | M | | |
| 20. | | | | | Buy (add'l) | 11/02/15 | M | | |
| 21. | | | | | Buy (add'l) | 11/16/15 | M | | |
| 22. | | | | | Buy (add'l) | 12/09/15 | M | | |
| 23. | | | | | Sold (part) | 12/21/15 | M | | |
| 24.  --AMBA | | None | M | T | Buy | 11/25/15 | M | | |
| 25.  --AAPL | C | Dividend | N | T | Buy | 02/13/15 | M | | |
| 26. | | | | | Buy (add'l) | 03/26/15 | M | | |
| 27. | | | | | Buy (add'l) | 10/22/15 | M | | |
| 28. | | | | | Sold (part) | 11/05/15 | M | | |
| 29. | | | | | Sold (part) | 11/23/15 | M | | |
| 30. | | | | | Buy (add'l) | 11/27/15 | M | | |
| 31. | | | | | Buy (add'l) | 12/24/15 | M | | |
| 32.  --COP | C | Dividend | M | T | Buy | 03/27/15 | M | | |
| 33. | | | | | Sold | 04/23/15 | M | C | |
| 34. | | | | | Buy | 06/27/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/18/15 | L | | |
| 36. | | | | | Sold (part) | 09/23/15 | L | | |
| 37. | | | | | Sold (part) | 10/15/15 | L | | |
| 38. | | | | | Buy (add'l) | 10/17/15 | L | | |
| 39. | | | | | Sold (part) | 10/19/15 | K | | |
| 40. | | | | | Buy (add'l) | 11/27/15 | L | | |
| 41. | | | | | Buy (add'l) | 12/09/15 | L | | |
| 42. --DIS | | None | M | T | Buy | 11/27/15 | M | | |
| 43. --ETP | | None | M | T | Buy (add'l) | 01/23/15 | L | | |
| 44. | | | | | Buy (add'l) | 05/21/15 | M | | |
| 45. --ESV | D | Dividend | N | T | Buy (add'l) | 02/26/15 | K | | |
| 46. | | | | | Sold (part) | 04/22/15 | L | | |
| 47. | | | | | Buy (add'l) | 04/23/15 | K | | |
| 48. | | | | | Sold (part) | 05/20/15 | K | | |
| 49. | | | | | Buy (add'l) | 05/22/15 | L | | |
| 50. --EOG | | None | L | T | Buy | 10/20/15 | L | | |
| 51. --GILD | A | Dividend | M | T | Sold | 01/22/15 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 12/09/15 | M | | |
| 53. --HP | E | Dividend | M | T | Sold (part) | 10/20/15 | M | | |
| 54. | | | | | Sold (part) | 10/21/15 | N | | |
| 55. | | | | | Buy (add'l) | 11/27/15 | M | | |
| 56. | | | | | Buy (add'l) | 12/09/15 | L | | |
| 57. --HUM | A | Dividend | M | T | Buy | 07/07/15 | M | | |
| 58. | | | | | Sold (part) | 12/23/15 | M | | |
| 59. | | | | | Buy (add'l) | 12/24/15 | M | | |
| 60. --KMI | | None | K | T | Buy | 12/17/15 | K | | |
| 61. --NVDA | | None | L | T | Buy | 11/27/15 | L | | |
| 62. | | | | | Sold | 12/23/15 | L | C | |
| 63. | | | | | Buy | 12/24/15 | L | | |
| 64. --PSX | | None | M | T | Buy | 11/16/15 | M | | |
| 65. --POT | A | Dividend | L | T | Buy (add'l) | 01/23/15 | K | | |
| 66. | | | | | Sold (part) | 02/23/15 | L | C | |
| 67. | | | | | Buy (add'l) | 10/23/15 | M | | |
| 68. --PRU | | None | M | T | Buy | 12/14/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/16/15 | L | | |
| 70. --SU | D | Dividend | M | T | Buy (add'l) | 02/26/15 | L | | |
| 71. | | | | | Buy (add'l) | 03/26/15 | K | | |
| 72. | | | | | Sold (part) | 04/22/15 | M | | |
| 73. | | | | | Buy (add'l) | 04/23/15 | M | | |
| 74. --MOS | D | Dividend | N | T | Sold (part) | 02/25/15 | N | C | |
| 75. | | | | | Buy (add'l) | 03/26/15 | K | | |
| 76. | | | | | Buy (add'l) | 10/15/15 | K | | |
| 77. | | | | | Buy (add'l) | 10/22/15 | M | | |
| 78. | | | | | Buy (add'l) | 11/02/15 | M | | |
| 79. --TUP | | None | N | T | Buy (add'l) | 01/23/15 | L | | |
| 80. | | | | | Sold (part) | 02/23/15 | M | C | |
| 81. | | | | | Sold (part) | 11/25/15 | N | | |
| 82. | | | | | Buy (add'l) | 12/24/15 | L | | |
| 83. --VLO | A | Dividend | L | T | Buy | 11/16/15 | L | | |
| 84. --WYNN | D | Dividend | N | T | Buy (add'l) | 02/26/15 | M | | |
| 85. | | | | | Buy (add'l) | 03/26/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Moody, Jr., James S. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 10/21/15 | N | | |
| 87. | | | | | Buy (add'l) | 11/27/15 | M | | |
| 88. --GDX | A | Dividend | K | T | Buy | 11/02/15 | K | | |
| 89. --GDXJ | A | Dividend | K | T | Buy | 11/02/15 | K | | |
| 90. --CVS | A | Dividend | | | Buy | 08/25/15 | M | | |
| 91. | | | | | Sold | 10/21/15 | M | C | |
| 92. | | | | | Buy | 10/22/15 | M | | |
| 93. | | | | | Buy (add'l) | 11/16/15 | L | | |
| 94. | | | | | Buy (add'l) | 11/27/15 | L | | |
| 95. | | | | | Sold | 12/23/15 | N | | |
| 96. --DOW | B | Dividend | | | Buy (add'l) | 01/23/15 | K | | |
| 97. | | | | | Sold (part) | 02/25/15 | L | | |
| 98. | | | | | Buy (add'l) | 04/23/15 | K | | |
| 99. | | | | | Sold (part) | 05/20/15 | K | B | |
| 100. | | | | | Buy (add'l) | 06/25/15 | L | | |
| 101. | | | | | Sold | 10/21/15 | K | | |
| 102. | | | | | Buy | 10/22/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/25/15 | M | B | |
| 104. --EMN | C | Dividend | | | Buy (add'l) | 01/23/15 | L | | |
| 105. | | | | | Sold (part) | 02/25/15 | M | | |
| 106. | | | | | Buy (add'l) | 02/26/15 | M | | |
| 107. | | | | | Buy (add'l) | 05/21/15 | L | | |
| 108. | | | | | Sold | 06/24/15 | N | D | |
| 109. --NEE | C | Dividend | | | Buy | 02/26/15 | M | | |
| 110. | | | | | Sold | 03/25/15 | M | C | |
| 111. | | | | | Buy | 03/26/15 | M | | |
| 112. | | | | | Sold | 08/24/15 | M | A | |
| 113. --OXY | E | Dividend | | | Sold | 10/21/15 | O | | |
| 114. --QCOM | B | Dividend | | | Buy | 02/26/15 | M | | |
| 115. | | | | | Sold | 05/20/15 | M | B | |
| 116. | | | | | Buy (add'l) | 05/21/15 | M | | |
| 117. | | | | | Buy (add'l) | 09/24/15 | L | | |
| 118. | | | | | Sold | 10/21/15 | M | | |
| 119. --TRV | A | Dividend | | | Buy | 08/28/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 10/19/15 | M | C | |
| 121. --ADM | | None | | | Buy | 02/26/15 | L | | |
| 122. | | | | | Sold | 05/18/15 | L | C | |
| 123. --BP | | None | | | Buy (add'l) | 01/23/15 | K | | |
| 124. | | | | | Sold | 02/13/15 | M | | |
| 125. --CRC | | None | | | Buy (add'l) | 01/13/15 | J | | |
| 126. | | | | | Sold | 02/25/15 | K | | |
| 127. --DMND | | None | | | Sold (part) | 03/25/15 | M | | |
| 128. | | | | | Sold | 06/24/15 | K | | |
| 129. --LOW | | None | | | Buy | 02/26/15 | M | | |
| 130. | | | | | Sold | 03/25/15 | M | D | |
| 131. --NPSP | | None | | | Sold | 01/20/15 | M | D | |
| 132. --STI | | None | | | Buy | 01/23/15 | L | | |
| 133. | | | | | Sold | 02/25/15 | L | D | |
| 134. --WF | | None | | | Buy | 10/22/15 | M | | |
| 135. | | | | | Sold | 11/04/15 | M | B | |
| 136. Moody Investments ▓▓▓ | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --NLY | B | Dividend | | | Sold | 10/05/15 | K | | |
| 138. --MTGE | C | Dividend | | | Sold | 10/05/15 | K | | |
| 139. --ARCC | C | Dividend | K | T | | | | | |
| 140. --AGNC | D | Dividend | | | Sold | 10/05/15 | L | | |
| 141. --AINV | D | Dividend | | | Sold | 10/05/15 | L | | |
| 142. --GRBS | B | Dividend | M | T | | | | | |
| 143. --FTR | D | Dividend | L | T | | | | | |
| 144. -- POT | C | Dividend | L | T | | | | | |
| 145. --South Carolina St. Pub | B | Interest | K | T | | | | | |
| 146. --Greenville Co. SC SD | B | Interest | K | T | | | | | |
| 147. -- JM Note Receivable | D | Interest | N | T | | | | | |
| 148. -- BM Note Recievable | E | Interest | P1 | T | | | | | |
| 149. JM Invest Trust #1 | | | | | | | | | |
| 150. --AAPL | C | Dividend | | | Buy (add'l) | 01/05/15 | K | | |
| 151. | | | | | Buy (add'l) | 01/13/15 | L | | |
| 152. | | | | | Sold (part) | 02/05/15 | L | B | |
| 153. | | | | | Buy (add'l) | 02/05/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 02/09/15 | K | A | |
| 155. | | | | | Buy (add'l) | 02/18/15 | M | | |
| 156. | | | | | Sold (part) | 02/20/15 | L | D | |
| 157. | | | | | Sold (part) | 02/23/15 | M | B | |
| 158. | | | | | Buy (add'l) | 02/27/15 | L | | |
| 159. | | | | | Sold (part) | 04/29/15 | L | C | |
| 160. | | | | | Buy (add'l) | 05/06/15 | K | | |
| 161. | | | | | Sold | 12/09/15 | M | | |
| 162. -- BP | | None | | | Buy | 09/24/15 | J | | |
| 163. | | | | | Sold | 11/02/15 | J | A | |
| 164. --BOJA | | None | | | Buy | 06/10/15 | J | | |
| 165. | | | | | Buy (add'l) | 06/17/15 | K | | |
| 166. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 167. | | | | | Buy (add'l) | 06/26/15 | K | | |
| 168. | | | | | Sold | 11/25/15 | L | | |
| 169. --COP | C | Dividend | | | Sold (part) | 02/12/15 | K | | |
| 170. | | | | | Sold | 12/14/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --CF | A | Dividend | | | Buy | 10/21/15 | L | | |
| 172. | | | | | Sold | 11/24/15 | L | | |
| 173. --CAM | | None | | | Buy | 02/25/15 | L | | |
| 174. | | | | | Buy (add'l) | 03/03/15 | K | | |
| 175. | | | | | Sold | 05/20/15 | L | C | |
| 176. | | | | | Buy | 05/26/15 | M | | |
| 177. | | | | | Sold | 06/24/15 | L | D | |
| 178. | | | | | Buy | 07/23/15 | L | | |
| 179. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 180. | | | | | Sold | 09/23/15 | L | | |
| 181. --F | A | Dividend | | | Sold (part) | 01/20/15 | J | | |
| 182. | | | | | Sold | 12/16/15 | J | | |
| 183. --FTI | | None | | | Buy | 02/06/15 | K | | |
| 184. | | | | | Buy (add'l) | 03/02/15 | J | | |
| 185. | | | | | Buy (add'l) | 03/20/15 | K | | |
| 186. | | | | | Sold (part) | 04/22/15 | K | | |
| 187. | | | | | Sold | 05/20/15 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy | 07/24/15 | L | | |
| 189. | | | | | Buy (add'l) | 09/29/15 | K | | |
| 190. | | | | | Sold | 12/09/15 | L | | |
| 191. --FB | | None | | | Sold | 02/24/15 | J | A | |
| 192. --GILD | | None | | | Sold | 01/22/15 | L | D | |
| 193. | | | | | Buy | 01/26/15 | L | | |
| 194. | | | | | Sold | 06/16/15 | L | C | |
| 195. --HP | | None | | | Sold | 01/07/15 | M | | |
| 196. --IBM | | None | | | Buy | 03/27/15 | M | | |
| 197. | | | | | Sold | 04/27/15 | M | D | |
| 198. --JNJ | | None | | | Buy | 10/23/15 | L | | |
| 199. | | | | | Sold | 11/20/15 | L | B | |
| 200. --MUR | C | Dividend | | | Sold | 02/23/15 | J | A | |
| 201. | | | | | Buy | 04/30/15 | L | | |
| 202. | | | | | Buy (add'l) | 05/26/15 | K | | |
| 203. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 204. | | | | | Sold | 12/17/15 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  --PRU | A | Dividend | | | Buy | 05/05/15 | L | | |
| 206. | | | | | Sold | 06/24/15 | L | D | |
| 207. | | | | | Buy | 10/30/15 | L | | |
| 208. | | | | | Sold | 11/24/15 | L | D | |
| 209.  --PM | B | Dividend | | | Sold | 04/29/15 | L | | |
| 210.  --PWR | | None | | | Sold | 04/08/15 | J | | |
| 211.  --RYAM | A | Dividend | | | Buy | 05/06/15 | L | | |
| 212. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 213. | | | | | Sold | 11/23/15 | K | | |
| 214.  --TRV | C | Dividend | | | Buy | 03/23/15 | K | | |
| 215. | | | | | Buy (add'l) | 03/24/15 | L | | |
| 216. | | | | | Buy (add'l) | 04/23/15 | K | | |
| 217. | | | | | Buy (add'l) | 04/24/15 | J | | |
| 218. | | | | | Buy (add'l) | 05/04/15 | M | | |
| 219. | | | | | Sold (part) | 10/21/15 | N | A | |
| 220. | | | | | Sold | 11/25/15 | J | A | |
| 221.  --TSLA | | None | | | Buy | 06/29/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 07/22/15 | M | C | |
| 223.  --VZ | C | Dividend | | | Buy | 02/23/15 | K | | |
| 224. | | | | | Buy (add'l) | 03/30/15 | K | | |
| 225. | | | | | Sold (part) | 05/20/15 | K | A | |
| 226. | | | | | Buy (add'l) | 06/17/15 | K | | |
| 227. | | | | | Buy (add'l) | 09/25/15 | L | | |
| 228. | | | | | Sold (part) | 11/23/15 | L | | |
| 229. | | | | | Sold | 12/09/15 | K | B | |
| 230.  --AFL | | None | | | Sold | 02/17/15 | M | | |
| 231.  --AGNC | D | Dividend | | | Sold | 11/23/15 | M | | |
| 232.  --ETP | D | Dividend | | | Sold | 12/11/15 | L | | |
| 233.  James S. Moody Jr. TTEE ▓▓▓▓ | | | | | | | | | |
| 234.  --BP | B | Dividend | L | T | Buy (add'l) | 01/23/15 | K | | |
| 235. | | | | | Sold (part) | 02/13/15 | L | B | |
| 236. | | | | | Buy (add'l) | 02/23/15 | K | | |
| 237. | | | | | Buy (add'l) | 02/26/15 | L | | |
| 238. | | | | | Sold (part) | 04/22/15 | M | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 04/23/15 | M | | |
| 240. | | | | | Buy (add'l) | 09/25/15 | K | | |
| 241. | | | | | Sold (part) | 10/21/15 | M | | |
| 242. | | | | | Buy (add'l) | 11/27/15 | L | | |
| 243. --COP | B | Dividend | | | Buy | 06/04/15 | K | | |
| 244. | | | | | Buy (add'l) | 07/28/15 | L | | |
| 245. | | | | | Buy (add'l) | 08/21/15 | K | | |
| 246. | | | | | Sold (part) | 09/23/15 | K | | |
| 247. | | | | | Sold | 10/19/15 | K | | |
| 248. --CRC | | None | | | Buy (add'l) | 01/13/15 | J | | |
| 249. | | | | | Sold | 02/25/15 | J | A | |
| 250. --DMND | | None | | | Buy | 02/26/15 | K | | |
| 251. | | | | | Sold | 03/25/15 | K | B | |
| 252. --DOW | A | Dividend | | | Buy | 02/03/15 | K | | |
| 253. | | | | | Sold | 02/25/15 | K | B | |
| 254. | | | | | Buy | 02/26/15 | L | | |
| 255. | | | | | Sold | 05/20/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. --EMN | A | Dividend | | | Buy | 02/24/15 | K | | |
| 257. | | | | | Sold | 05/18/15 | L | C | |
| 258. --ESV | B | Dividend | L | T | Buy (add'l) | 01/23/15 | K | | |
| 259. | | | | | Buy (add'l) | 03/13/15 | K | | |
| 260. | | | | | Sold (part) | 04/22/15 | L | | |
| 261. | | | | | Sold (part) | 05/22/15 | K | | |
| 262. --HP | A | Dividend | L | T | Buy | 02/03/15 | L | | |
| 263. | | | | | Sold | 03/23/15 | L | C | |
| 264. --LOW | A | Dividend | | | Buy | 02/26/15 | K | | |
| 265. | | | | | Sold | 03/25/15 | K | B | |
| 266. | | | | | Buy | 03/26/15 | L | | |
| 267. | | | | | Sold | 10/21/15 | L | | |
| 268. --NPSP | | None | | | Sold | 01/16/15 | K | C | |
| 269. --OXY | C | Dividend | | | Buy (add'l) | 02/03/15 | L | | |
| 270. | | | | | Sold (part) | 02/25/15 | L | | |
| 271. | | | | | Buy (add'l) | 02/26/15 | L | | |
| 272. | | | | | Sold | 10/21/15 | M | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. --SU | B | Dividend | L | T | Buy (add'l) | 02/26/15 | K | | |
| 274. | | | | | Sold | 04/20/15 | L | | |
| 275. --MOS | | None | | | Sold | 02/23/15 | N | D | |
| 276. --TRV | A | Dividend | M | T | Buy | 11/12/15 | M | | |
| 277. --WYNN | A | Dividend | M | T | Buy | 10/20/15 | L | | |
| 278. | | | | | Buy (add'l) | 12/09/15 | L | | |
| 279. --WF | | None | | | Buy | 10/23/15 | L | | |
| 280. | | | | | Sold | 11/04/15 | L | B | |
| 281. --AMBA | | None | L | T | Buy | 11/20/15 | L | | |
| 282. --ETP | C | Int./Div. | L | T | Buy | 05/21/15 | M | | |
| 283. --PRU | | None | L | T | Buy | 12/15/15 | K | | |
| 284. | | | | | Buy (add'l) | 12/16/15 | K | | |
| 285. James S. Moody Jr TTEE | | | | | | | | | |
| 286. --NLY | A | Dividend | K | T | Sold | 09/30/15 | K | | |
| 287. | | | | | Buy | 11/24/15 | K | | |
| 288. --ARCC | B | Dividend | J | T | | | | | |
| 289. --Bank of America | B | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. --RF | A | Dividend | K | T | | | | | |
| 291. --STI | A | Dividend | J | T | | | | | |
| 292. --MOS | A | Dividend | K | T | | | | | |
| 293. --CSQ | A | Dividend | J | T | | | | | |
| 294. JM Investment Trust ▮▮▮ | | | | | | | | | |
| 295. --MTGE | | None | | | Sold | 03/18/15 | M | | |
| 296. --CSQ | B | Dividend | | | Sold | 12/04/15 | K | D | |
| 297. --AINV | A | Dividend | | | Sold | 04/30/15 | K | | |
| 298. --TWO | | None | | | Sold | 03/17/15 | M | | |
| 299. GEO THERMAL | B | Distribution | K | W | | | | | |
| 300. FIRST TAMPA ALEXANDER | | None | M | W | | | | | |
| 301. MISSOURI MIDWAY | E | Interest | M | W | | | | | |
| 302. REAL PROPERTY | | | | | | | | | |
| 303. --Diamond Hill, Valrico FL | | None | M | W | | | | | |
| 304. --Condo, Longboat Key FL | D | Rent | N | W | | | | | |
| 305. --Condo, Tampa FL (Ryan) | D | None | M | W | | | | | |
| 306. --Land, McIntosh Rd, Hillsborough Co. FL | D | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. --Property, Celo, NC | | None | O | W | | | | | |
| 308. --Property, Highlands NC | | None | M | W | | | | | |
| 309. --Highlands, NC Condo | C | Rent | N | W | | | | | |
| 310. --Highlands, NC Condo #2 | B | None | O | W | | | | | |
| 311. --Rental Property, Plant City, FL | C | Rent | O | W | | | | | |
| 312. --Tampa Condo #1 | D | Rent | M | W | | | | | |
| 313. --Tampa Condo #2 | D | Rent | M | W | | | | | |
| 314. --Tampa Condo #3 | D | Rent | N | W | | | | | |
| 315. --Tampa Condo #4 | E | Rent | N | W | | | | | |
| 316. --St. Petersburg Condo #1 | E | Rent | N | W | | | | | |
| 317. --St. Petersburg Condo #2 | E | Rent | N | W | | | | | |
| 318. --Gainesville, FL Condo | | None | N | W | | | | | |
| 319. --Tampa Condo #5 | | None | N | W | | | | | |
| 320. --Alexander St. Plant City, FL | | None | N | W | | | | | |
| 321. -- Tampa Condo #6 | D | Rent | M | W | Buy | 04/10/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 08/19/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note: All premiums earned on the sale of options contracts are reported at the end of this file on page 25 beginning with line 322. The first column under "A. Description of Assets" identifies the transaction as a put or call option. The second column under "A. Description of Assets" identifies the specific contract that was traded. The letters at the beginning of the description identify the related stock and the numbers identify the specific contract (e.g. strike price and expiration date).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James S. Moody, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544